UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER T. PYNE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 01-275 (RJL) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth above, it is this 15th day of March, 2006, hereby

**ORDERED** that defendant's Motion for Summary Judgment [#55] is **GRANTED**, and it is further

**ORDERED** that the case is dismissed with prejudice.

**SO ORDERED.**

*Richard J. Leon* (signature)
RICHARD J. LEON
United States District Judge